UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

THAYER D. SEARS
Plaintiff

CIVIL ACTION
NO. 23CV11629-WGY

V.

CHERISH PRODUCTIONS, LLC ET AL
Defendants

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

    The Court having been advised on April 19, 2024, that the above-entitled action has been settled.

    **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

April 22, 2024      /s/Matthew A. Paine
Date      Deputy Clerk